IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK L. GAICH, an individual, and<br>BARBARA GAICH, his wife<br><br>**Plaintiffs,**<br><br>vs.<br><br>VIMALA RAMESH, M.D.; UPMC<br>PASSAVANT d/b/a UPMC PASSAVANT –<br>CRANBERRY; and<br>UNIVERSITY OF PITTSBURGH<br>PHYSICIANS,<br><br>**Defendants.** | )<br>)<br>) CIVIL ACTION No. 15-922<br>) ELECTRONICALLY FILED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(A)(ii)

Pursuant to F.R.C.P. 41(A)(ii) it is hereby agreed between counsel for plaintiffs, Frank and Barbara Gaich, and counsel for defendants, Vimala Ramesh, M.D.; UPMC Passavant d/b/a UPMC Passavant-Cranberry; University of Pittsburgh Physicians, that all claims of plaintiffs, are dismissed with prejudice.

Respectfully submitted by,

**GOLDBERG, PERSKY & WHITE, P.C.**

/s/ *Jason E. Luckasevic*
Jason E. Luckasevic
PA Attorney Id. No. 85557
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
jluckasevic@gpwlaw.com
*Counsel for Plaintiffs: Frank and Barbara Gaich*

Dated:   9/8/2015


**THOMSON, RHODES & COWIE, P.C.**


*/s/ John K. Heisey*
John K. Heisey, Esquire
Thomson, Rhodes & Cowie, P.C.
1010 Two Chatham Center
Pittsburgh, PA 15219
Email: jkh@trc-law.com
412-232-3400
Counsel for all Defendants

Dated:   9/8/15