IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK L. GAICH, an individual, and BARBARA GAICH, his wife ) ) ) Plaintiffs, ) ) ) vs. ) ) VIMALA RAMESH, M.D.; UPMC ) PASSAVANT d/b/a UPMC PASSAVANT – ) CRANBERRY; and ) UNIVERSITY OF PITTSBURGH ) PHYSICIANS, ) ) Defendants. ) | CIVIL ACTION No. 15-922 ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(A)(ii)

Pursuant to F.R.C.P. 41(A)(ii) it is hereby agreed between counsel for plaintiffs, Frank and Barbara Gaich, and counsel for defendants, Vimala Ramesh, M.D.; UPMC Passavant d/b/a UPMC Passavant-Cranberry; University of Pittsburgh Physicians, that all claims of plaintiffs, are dismissed with prejudice.

Respectfully submitted by,

**GOLDBERG, PERSKY & WHITE, P.C.**

/s/ *Jason E. Luckasevic*
Jason E. Luckasevic
PA Attorney Id. No. 85557
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
jluckasevic@gpwlaw.com
*Counsel for Plaintiffs: Frank and Barbara Gaich*

Dated: __9/8/2015__

**THOMSON, RHODES & COWIE, P.C.**

*/s/ John K. Heisey*
John K. Heisey, Esquire
Thomson, Rhodes & Cowie, P.C.
1010 Two Chatham Center
Pittsburgh, PA 15219
Email: jkh@trc-law.com
412-232-3400
Counsel for all Defendants

Dated: __9/8/15__

AND NOW, this 8th day of Sept, 2015, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE